## CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Kimberly Susanne Welch**<br>DOB: 1986; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>19-07524MJ |

Complaint for violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about July 24, 2019, at or near Nogales, in the District of Arizona, **Kimberly Susanne Welch** did knowingly and intentionally possess with intent to distribute 100 grams or more, but less than 1 kilogram of heroin, that is, approximately 104.4 grams of heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On July 24, 2019, at approximately 11:52 a.m., Kimberly Susanne WELCH applied for entry into the U.S. from the Republic of Mexico through the DeConcini Port of Entry in Nogales, Arizona. WELCH entered on foot through the pedestrian gate. WELCH approached the primary inspection area. Before the U.S. Customs and Border Protection (CBP) officer could ask her any questions, she stated she was a U.S. Citizen without any travel or identification documents. WELCH advised the officer she was previously allowed to cross into the U.S. without any travel documents because she was a U.S. Citizen. The officer noticed WELCH was exhibiting signs of nervousness because her hands were shaking and her voice trembled as she spoke. During a secondary inspection, a CBP canine alerted to an odor it had been trained to detect emanating from WELCH's groin area. Officers informed WELCH that the canine alerted to the presence of narcotics and gave her the option to remove the narcotics herself. WELCH stated she would remove the item herself. Officers witnessed WELCH remove a small package from her vagina. The package was wrapped in black tape and inside a condom. A representative sample of the contents of the package field tested positive for the characteristics of heroin. The package of heroin weighed 104.4 grams.

After waiving her *Miranda* rights, WELCH admitted she knew she was smuggling drugs into the U.S. WELCH stated she thought the package contained either heroin or morphine. WELCH said she was instructed to bring the drugs into the U.S. and give them to an individual she was supposed to meet in Nogales, Arizona. WELCH said she would return to Mexico to receive her payment. WELCH said she was going to be paid $800.00. WELCH admitted she knew it was illegal to smuggle drugs into the U.S. WELCH also admitted this was her third time smuggling drugs into the U.S.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>HNS/am<br>AUTHORIZED AUSA Heather Siegele | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>R. GARWEY / SPECIAL AGENT / HSI |
|---|---|

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE JUDGE<br>Jacqueline M. Rateau | DATE<br>July 25, 2019 |
|---|---|

1) See Federal rules of Criminal Procedure Rules 3 and 54